PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Tawan Hatten                Cr.: 21-00155-001
                                                                   PACTS #: 7303981

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/18/2022

Original Offense:   Count One: Possession of a Firearm by a Convicted Felon 18 U.S.C. § 922(g)(1), a Class C Felony

Original Sentence: 18 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Drug Testing/Treatment, Consent to Search, Life Skills/Education, Motor Vehicle Compliance

Type of Supervision: Supervised Release            Date Supervision Commenced: 05/26/2023

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On May 31, 2023, Mr. Hatten submitted a urine sample which tested positive for marijuana. After the test results were revealed, Mr. Hatten admitted to using marijuana while in Bureau of Prisons and signed an admission of drug use form. |

U.S. Probation Officer Action:
Mr. Hatten was verbally reprimanded for his illicit drug use and the consequences for continued illegal drug use were discussed. Mr. Hatten stated he will refrain from future substance use. We will notify the Court of any additional non-compliance. We are respectfully requesting no action be taken against Mr. Hatten and allow this notice serve as a written reprimand from the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   DONOVAN K. HAMMOND
      U.S. Probation Officer

Prob 12A – page 2
Tawan Hatten

/ dkh

APPROVED:

_____   06/09/23
PATRICK HATTERSLEY                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ **xx** No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

**s/Stanley R. Chesler, U. S. D. J.**
_____
Signature of Judicial Officer

**6/12/2023**
_____
Date